MANDATE

ORIGINAL  02-CR-376 Droney

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square  40 Centre Street, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 04-2600 CR

Motion for: Withdrawal of Appeal

Caption [use short title]:

United States
v.
Nathan ~~(struck)~~
Edwin Nunez

Set forth below precise, complete statement of relief sought:

Withdraw of Appeal

FILED NOV 15 2004 — U.S. Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk

MOVING PARTY: Edwin Nunez
☐ Plaintiff  ☑ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: United States

MOVING ATTORNEY: Francis O'Reilly
[name of attorney, with firm, address, phone number and e-mail]
87 Ruane St
Fairfield CT 06824
203-319-0707
Attfcor@aol.com

OPPOSING ATTORNEY [Name]: Anastasia Enos
United States Attorney's Office
450 Main St
Hartford CT 06103
860-947-1101

Court-Judge/Agency appealed from: Droney, J.

Please check appropriate boxes:

Has consent of opposing counsel:
  A. been sought?  ☐ Yes  ☑ No
  B. been obtained?  ☐ Yes  ☑ No

Is oral argument requested?  ☐ Yes  ☑ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes  ☐ No

Has this relief been previously sought in this Court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney: _____  Date: 11/15/04

Has service been effected?  ☑ Yes  ☐ No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~.

by _____ DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

By: _____
Tracy W. Young, Motions Staff Attorney

Date: _____  [FILED DEC 2 2004 stamp]

Form T-1080 (Revised 10/31/02)

ISSUED AS MANDATE: 2-3-05